# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jesus Angel Vasquez Balganon**<br>DOB: 1991; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-01538MJ** |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 6, 2021, in the District of Arizona, **Jesus Angel Vasquez Balganon** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: nine 30-round AR-15 5.56 caliber magazines; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 6, 2021, **Jesus Angel Vasquez Balganon** attempted to exit the United States and enter the Republic of Mexico through the Port of Entry in Nogales, Arizona. United States Customs and Border Patrol officers stopped **Vasquez** and performed an outbound inspection of the vehicle he was driving. **Vasquez** initially stated he was not transporting any weapons, but when asked to step out of the vehicle, he admitted to the officers that he had nine rifle magazines behind his back. When **Vasquez** exited the vehicle, officers observed a shopping bag on the driver's seat where **Vasquez** had been sitting. Inside the bag, officers found nine 30-round AR-15 5.56 caliber magazines.

After being advised of and waiving his *Miranda* rights, **Vasquez** stated he knew there were magazines in the vehicle and knew he was not supposed to take them into Mexico. **Vazquez** stated he picked up the magazines earlier in the day in Nogales, Arizona, and expected to be paid $100 to transport the magazines from the United States into Mexico.

The nine 30-round AR-15 5.56 caliber magazines are designated on the United States Commerce Control List as prohibited by law for export from the United States into Mexico without a valid license. Neither **Vasquez** nor any other individual involved in the attempted export of these magazines had a license or any other lawful authority to export the magazines from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>**ANGELA WOOLRIDGE** Digitally signed by ANGELA WOOLRIDGE<br>Date: 2021.04.07 10:41:18 -07'00'<br>AUTHORIZED AUSA *Angela W. Woolridge*<br><br>Sworn by telephone  x | SIGNATURE OF COMPLAINANT<br><br>*Rebecca Giacalone*  Digitally signed by REBECCA T GIACALONE<br>Date: 2021.04.07 10:47:24 -07'00'<br><br>OFFICIAL TITLE<br>HSI Special Agent Rebecca T. Giacalone |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature]* | DATE<br>April 7, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54